IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| ANTONIO WEBB, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 07-4023-CV-C-SOW ) |
| STATE OF MISSOURI, | ) ) |
| Defendant. | ) |

## ORDER

On March 12, 2007, the United States Magistrate Judge recommended dismissing plaintiff's claims. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of March 12, 2007, is adopted. [6] It is further

ORDERED that plaintiff is denied leave to proceed in forma pauperis and his claims are dismissed, pursuant to the provisions of 28 U.S.C. § 1915.

/s/Scott O. Wright
SCOTT O. WRIGHT
Senior United States District Judge

Dated: May 8, 2007